**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6111**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

BEKIR VURAL,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Claude M. Hilton, Senior
District Judge.  (1:90-cr-00139-5)

Submitted:  June 4, 2009              Decided:  June 19, 2009

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Bekir Vural, Appellant Pro Se.  Dana James Boente, Acting United
States Attorney, Erik R. Barnett, Assistant United States
Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bekir Vural has filed a second notice of appeal from his criminal judgment entered in 1990. As our previous decision in No. 91-5630 affirmed the judgment, we dismiss the present appeal of that same judgment as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2